**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS M. BOYD,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.
_____/

No. C 09-00486 MEJ

**ORDER CONTINUING CMC**

This matter is currently scheduled for a case management conference on May 14, 2009. Due to the undersigned magistrate judge's unavailability, the Court hereby CONTINUES the case management conference to May 28, 2009 at 10:00 a.m. in Courtroom B. All case management deadlines shall be adjusted accordingly.

**IT IS SO ORDERED.**

Dated: April 30, 2009

                                                  MARIA-ELENA JAMES
                                                United States Magistrate Judge