1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  WARREN METLITZKY, State Bar # 220758
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3916
6  Facsimile:    (415) 554-3837
   E-Mail:       warren.metlitzky@sfgov.org

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
9  HEATHER J. FONG, MICHAEL NELSON, AND
   SEAN GRIFFIN

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS M. BOYD,<br><br>     Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER J. FONG, in her capacity as Chief of Police for the City and County of San Francisco; MICHAEL NELSON, individually and in his capacity as a police officer for the City and County of San Francisco; SEAN GRIFFIN, individually and in his capacity as a police officer for the City and County of San Francisco,<br><br>     Defendants. | Case No. CV 09-0486 MEJ<br><br>STIPULATION FOR DISMISSAL<br><br>Trial Date:          July 12, 2010 |

Stipulation for Dismissal                                         1                          n:\lit\li2009\090848\00595764.doc
CASE NO. CV 09-0486 MEJ

The parties hereby stipulate pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii) that this action may be dismissed with prejudice, each party to bear its own costs.

Dated:  November ___, 2009            LAW OFFICES OF DANIEL RAY BACON


                                      By:_____/s/_____
                                         Daniel Ray Bacon
                                         Attorneys for Plaintiff

                                      [The filer of this document attests that concurrence in the filing of this document has been obtained from defendant's attorney below, and shall serve in lieu of his signature.]

Dated:  November ___, 2009
                                         DENNIS J. HERRERA
                                         City Attorney
                                         JOANNE HOEPER
                                         Chief Trial Deputy
                                         WARREN METLITZKY
                                         Deputy City Attorneys

                                      By:_____/s/_____
                                         WARREN METLITZKY
                                         Attorneys for Defendants

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Maria-Elena James]

Stipulation for Dismissal                    2                         n:\lit\li2009\090848\00595764.doc
CASE NO. CV 09-0486 MEJ